CONTINENTAL INS. CO., Respondent, v. PHENIX INS. CO. OF BROOK-LYN, Appellant.

(Supreme Court, General Term, First Department. March 16, 1894.)

Action by the Continental Insurance Company against the Phenix Insurance Company of Brooklyn.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
Root & Clark, for respondent.
No opinion. Judgment affirmed, with costs. See 17 N. Y. Supp. 109, 33 N. E. 728.

---

In re GUZMAN.

(Supreme Court, General Term, First Department. March 16, 1894.)

In the matter of Sarah N. Guzman.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
No opinion. Motion denied, on payment of $10 costs.

---

MANHATTAN LIFE INS. CO., Appellant, v. ALEXANDER, Respondent.

(Supreme Court, General Term, First Department. March 16, 1894.)

Action by the Manhattan Life Insurance Company against Morris Alexander, impleaded.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
Artemus H. Holmes, for appellant.
A. R. Dyett. for respondent.
No opinion. Judgment reversed and new trial ordered, with costs to appellant to abide event.

---

MANUFACTURERS' NAT. BANK OF NEW YORK, Respondent, v. LORD et al., Appellants.

(Supreme Court, General Term, First Department. March 16, 1894.)

Action by the Manufacturers'. National Bank of New York against Hezekiah F. Lord and another.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
John Cummins, for appellants.
G. E. P. Howard, for respondent.
No opinion. Judgment affirmed, with costs.

---

O'REILLY, Respondent, v. MAYOR, etc., OF CITY OF NEW YORK, Appellant.

(Supreme Court, General Term, First Department. March 16, 1894.)

Action by John W. O'Reilly, as administrator, against the Mayor, etc., of the city of New York.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
T. Connoly, for appellant.
A. B. Cruikshank, for respondent.
No opinion. Judgment affirmed, with costs.